*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HITESMAN, GASTON, and GERRITY,
Appellate Military Judges

_____

## UNITED STATES
Appellee

**v.**

## Sierra N. MULDROW
Corporal (E-4), U.S. Marine Corps
Appellant

## No. 201900091

Decided: 30 September 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Lieutenant Colonel John P. Norman, USMC. Sentence adjudged 12 December 2019 by a general court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, forfeiture of all pay and allowances, confinement for 18 months,[1] and a dishonorable discharge.

For Appellant: Captain Jeremiah J. Sullivan III, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

_____

[1] The Convening Authority suspended confinement in excess of 12 months pursuant to a pretrial agreement.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court